IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 14 2000
Michael N. Milby
Clerk of Court

## HEARING NOTICE

| | |
|---|---|
| CYNTHIA CONTRERAS § | |
| § | |
| V. § | MISC C-00-5 |
| § | |
| KENNETH APFEL, COMMISSIONER § | |
| OF SOCIAL SECURITY | |

TYPE OF CASE:        __X__ CIVIL        _____ CRIMINAL

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

TIME: __2:00 p.m.__   DATE: __Tuesday, February 22, 2000__

### PURPOSE OF PROCEEDING:

*Hearing on Application to Proceed In Forma Pauperis*

Michael N. Milby, Clerk

*[signature]*
By: Deputy Clerk

DATE: 2-11-00

cc:
David Hughes
Fax: (361) 993-9565

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:   (361) 888-6655
Fax:   (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
So. Dist. of Texas Bar I.D. #15559


## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the foregoing *Plaintiff's Certificate of Disclosure of Interested Parties* was duly served, in the form and manner indicated below, upon

| | |
|---|---|
| BROADWAY SHRIMP & OYSTERS, INCORPORATED<br>Attn: Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA C.M./R.R.R. #Z 149 736 789** |
| Lee Kalisek<br>KALISEK TRAWLERS<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA C.M./R.R.R. #Z 149 736 790** |

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this the 6th day of January, 2000.

_____
R. Blake Brunkenhoefer

2