# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION



Vinicio Jaramillo  **NOTICE**

v.  **RESETTING**  A.

Broadway Shrimp & Oysters, Inc., et al    CASE NUMBER: C-00-5

TYPE OF CASE:   _X_ CIVIL      ___ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On    Friday, February 25, 2000     at     3:00 p.m.

## PURPOSE OF PROCEEDING:

_X_ Inital Pretrial Conference             ___ Motion Hearing
    Note: Client(s) are required to appear

___ Jury Selection and Trial               ___ Show Cause Hearing

___ Re-Arraignment                         ___ Sentencing

___ Other:_____        ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano              February 9, 2000

cc:  Blake Brunkenhoefer

(Mr. Brunkenhoefer is <u>required</u> to serve a copy of this "Notice" to the Defendant and/or Counsel for Deft.)