AO 440 (Rev. 10/93) Summons in a Civil Action

C-00-005

REC'd 1/5/2000 9:00AM

# RETURN OF SERVICE

1:06 pm served

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1-6-2000 |
| NAME OF SERVER (PRINT) Yolanda A. Salinas | TITLE PROCESS SERVER CP08 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 912 Broadway Port Lavaca TX
Lee Kulesek - Broadway Shrimp + Oysters Inc.
registered agent for

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Plaintiffs Original Petition Complaint, order for Conference and Disclosure of Interested Parties, Joint Discovery/Case Management Plan under Rule 26(F) Fed. Rules of Civil Procedures, Scheduling order

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-6-2000      Yolanda A Salinas
              Date                    Signature of Server

Address of Server: POB 2247
Corpus Christi TX 78403

United States District Court
Southern District of Texas
FILED

FEB 25 2000

Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIG

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

VINICIO JARAMILLO

V.

BROADWAY SHRIMP & OYSTERS, INCORPORATED
and
LEE KALISEK, Individually and d/b/a
KALISEK TRAWLERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-005

TO: (Name and address of defendant)
BROADWAY SHRIMP & OYSTERS, INCORPORATED
by and through its registered agent:
Lee Kalisek
912 Broadway
Port Lavaca, TX 77979

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY CLERK

CLERK

(BY) DEPUTY CLERK

DATE  1/4/00