# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Myra Orta Alfano |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Erik Hansen |
| **U.S.C.S.O.:** | Ovidio Trejo / Betty Amerson |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas
FILED

FEB 2 5 2000

MICHAEL N. MILBY
CLERK

9.

**DATE:** February 25, 2000   **OPEN:** 3:18 pm   **ADJOURN:** 3:33 pm
**TAPE:** #2,3

**CIVIL ACTION NUMBER:** C-00-5

Vinicio Jaramillo                                **COUNSEL:** Blake Brunkenhoefer

VS.

Broadway Shrimp & Oysters, Inc.                  **COUNSEL:** Lee Kalisek, pro se

Lee Kalisek, Indv., d/b/a Kalisek Trawlers                Lee Kalisek, pro se

(✓) IPTC:

Case called. Appearances are made. Discussion of case matters. Discussion of scheduling order. Court signs scheduling order and general order. Deft announces his address and phone number, on the record. Deft prefers mail to go to 1311 Jackson St., Port Lavaca, Tx. 77979, (361) 552-5006. Deft is owner of Broadway Shrimp & Oyster.

Adjourn.