United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Vinicio Jaramillo                               §                        𝒬.

V.                                              §              Civil Action No.  C-00-005
                                                §
Broadway Shrimp & Oysters, Inc., et al.         §


## SCHEDULING ORDER


1.   **TRIAL IS SET FOR _____Monday, December 4, 2000 at 8:00 a.m._____**, before
     Judge Janis Graham Jack at the United States District Court, 521 Starr Street, Corpus
     Christi, Texas.  If the parties prepare this case for trial sooner than this date, a final
     pretrial order may be prepared and filed with a joint motion stating that the case is ready
     for trial and that an earlier trial date is requested.

2.   **FINAL PRETRIAL CONFERENCE IS SET FOR Friday, December 1, 2000   at**
     **8:30 a.m.,** before Judge Janis Graham Jack at the United States District Court, 521 Starr
     Street, Corpus Christi, Texas.  The attorney-in-charge for each party is required to be
     present.

3.   **THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL**
     **BE FILED NO LATER THAN ___Tuesday, November 21, 2000 by 3:00 p.m.___**.  This
     satisfies the requirement of FRCP 26 (a)(3).  Plaintiff will be responsible for the filing of
     a joint pretrial order, executed by the attorney-in-charge for each party, and conforming
     fully with the form set out in Appendix B of the Local Rules of the Southern District of
     Texas (1994).  Plaintiff shall allow all parties at least **fifteen (15) working days** for
     review and contribution.  A motion for leave to file a joint pretrial order without the
     signature of all counsel must be made, showing good cause, to obtain authority to file a
     pretrial order without all required signatures.  Differences of the parties with respect to

CitiPDF - www.fastio.com

any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4.  **EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS** _____September 15, 2000_____. Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5.  The provisions of the **JOINT DISCOVERY/CASE MANAGEMENT PLAN** are hereby adopted.

6.  **THE DEADLINE FOR JOINDER OF PARTIES IS** __March 31, 2000_____. **THE DEADLINE FOR AMENDMENT OF PLEADING IS** __June 30, 2000__. This8 provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure.

7.  Discovery shall end on _____September 29, 2000_____. **DESIGNATION OF EXPERTS**, by all parties, are due **40 DAYS** prior to the Discovery deadline. **RESPONSIVE EXPERTS** are due **20 DAYS** prior to the Discovery deadline. Responsive experts will not be limited to rebuttal testimony. **Written Reports** that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. Daubert and Markman) shall be requested no later than the deadline for discovery.

8.  All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

United States District Clerk
521 Starr Street
Corpus Christi, TX 78401

You are requested **NOT** to use the informality of letter briefs, letters citing authorities, or letters requesting continuances or other affirmative relief.  Additionally, do not copy the Court on letters between the parties.

ORDERED this _____ day of _____, 19____.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

Rev. 1/98