United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VICTOR JARAMILLO § | |
| § | |
| V. § | C.A. NO. C-00-005 |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | |
| INC., et al § | |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 25st day of February, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE