UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VINICIO JARAMILLO | § § § § | |
| | § | CIVIL ACTION NO. C-00-005 |
| versus | § § | ADMIRALTY / JURY DEMANDED |
| BROADWAY SHRIMP & OYSTERS, INCORPORATED and LEE KALISEK, Individually and d/b/a KALISEK TRAWLERS | § § § § | |

United States District Court
Southern District of Texas
FILED

MAY - 5 2000

MICHAEL N. MILBY CLERK

## NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the May 4, 2000 "agreement of parties" (between all parties herein), entered into pursuant to the provisions of Rule 2(G) of the Local Rules of the Southern District of Texas and in conformity with this Court's declarations at the Initial Scheduling Conference held in this cause (i.e., wherein the Court indicated that the Parties are free to revise the deadlines of the Court's Scheduling Order by agreement, save and except for (i) the deadline for filing dispositive motions; (ii) the deadline for filing the Joint Pretrial Order; and (iii) the trial date), has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of the Parties' agreement is attached hereto and identified as Exhibit "1."

1

14.

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:   (361) 888-6655
Fax:   (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
Southern Dist. of Texas Bar No. 15559

2

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES," was served, in the manner indicated, upon

| | |
|---|---|
| Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA FAX (361) 552-4177** |

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 5th day of May, 2000.

R. Blake Brunkenhoefer

# R. BLAKE BRUNKENHOEFER, P.C.

AMERICAN BANK PLAZA
10TH FLOOR, SUITE 1000
711 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78475
(361) 888-6655 • FAX (361) 888-5855
BRUNKLAW@AOL.COM

May 4, 2000

Lee Kalisek  VIA FAX (361) 552-4177
912 Broadway
Port Lavaca, Texas 77979

RE: Civil Action No. C-00-005; *Vinicio Jaramillo vs. Broadway Shrimp & Oysters Incorporated and Lee Kalisek, Individually and d/b/a Kalisek Trawlers*; In the United State District Court for the Southern District of Texas, Corpus Christi Division

Dear Mr. Kalisek:

This letter shall serve to confirm that, as you are still attempting to obtain information which would identify the manufacturers, sellers and installers of the winch and cable in question, we have agreed to extend the Deadline for Joinder of Additional Parties from May 5, 2000 to May 26, 2000. If I have accurately stated our agreement, please sign in the space provided below and immediately return same via fax.

Thank you for your time and attention. Until next we meet or speak, I remain

Yours truly,

*[signature]*
R. Blake Brunkenhoefer

RBB/jl

AGREED:

*[signature]*
Lee Kalisek

*I have been very busy and I am sorry that I have not given you any @ info. but I am still working on it. I will g ieee you some info. Tomorrow*

*[signature]*

**EXHIBIT 1**