|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
| CORPUS CHRISTI DIVISION | |

United States District Court
Southern District of Texas
FILED

JUN - 6 2000

Michael N. Milby, Clerk

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| versus § | |
| § | ADMIRALTY / JURY DEMANDED |
| BROADWAY SHRIMP & OYSTERS, § | |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS*, and ZIMCO MARINE, INC. § | |

## NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the June 5, 2000 "agreement of parties" (between all parties who have appeared and answered herein), has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of the Parties' agreement is attached hereto and identified as Exhibit "1."

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:  (361) 888-6655
Fax:  (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
Southern Dist. of Texas Bar No. 15559

1

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES," was served, in the manner indicated, upon

Lee Kalisek                                                          **VIA FAX (361) 552-4177**
912 Broadway
Port Lavaca, Texas 77979

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 6th day of June, 2000.

_____
R. Blake Brunkenhoefer

2

# R. BLAKE BRUNKENHOEFER, P.C.

AMERICAN BANK PLAZA
10TH FLOOR, SUITE 1000
711 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78475
(361) 888-6655 • FAX (361) 888-5855
BRUNKLAW@AOL.COM

June 5, 2000

Lee Kalisek                                          VIA FAX (361) 552-4177
912 Broadway
Port Lavaca, Texas 77979

RE:  Civil Action No. C-00-005; *Vinicio Jaramillo vs. Broadway Shrimp & Oysters, Incorporated and Lee Kalisek, Individually and d/b/a Kalisek Trawlers*; In the United State District Court for the Southern District of Texas, Corpus Christi Division

Dear Mr. Kalisek:

As you will recall, I forwarded a letter to you on May 25, 2000 that memorialized our agreement to yet again extend the deadline for joinder of additional parties. However, as the letter agreement was not signed and returned to me by the close of business on May 26, 2000 (i.e., the expiration date of our prior extension agreement), I filed an amended complaint adding the only party which, as of that date, had been identified by you as relevant to these proceedings. Since I was not able to learn whether or not you actually opposed Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint, I informed the Court that I had no choice but to assume you were "opposed" to the motion and the amendment of the complaint.

You have subsequently signed and returned the May 25th letter agreement extending our deadline to join additional parties through June 9th and it has been filed with the Court. Notwithstanding this fact, the Court's record still reflects your presumed opposition to Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint. As a result, the Court has called me to schedule a hearing on Plaintiff's motion.

I write to ask if you are, in fact, opposed to the proposed First Amended Original Complaint which was forwarded to you. If you are not opposed to the filing of this complaint, please sign in the space provided below and return this letter by fax so that it can be filed with the Court. In the absence of any opposition to the amended complaint, there will probably be no need for a hearing on Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint, but I honestly do not know what the Court will do.

Thank you for your time and attention to this matter. If you have any questions, feel free to call me at your convenience. Until next we meet or speak, I remain



EXHIBIT
1

Lee Kalisek
RE: F Jaramillo
June 5, 2000
Page Two

Yours truly,

*[signature]*
R. Blake Brunkenhoefer

RBB/jt

"I AM NOT OPPOSED TO THE FILING OF PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT"

*[signature]*
Lee Kalisek