UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 2 0 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **VINICIO JARAMILLO** | § § § § | |
| *versus* | § § | CIVIL ACTION NO. C-00-005 |
| | § § | ADMIRALTY / JURY DEMANDED |
| **BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK,** *Individually and d/b/a KALISEK TRAWLERS* | § § § § | |

## ORDER OF THE COURT

ON THIS DAY came on to be considered Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint and the Court, having considered said Motion, is of the opinion that Plaintiff's Motion should in all respects be *GRANTED*.

IT IS THEREFORE ORDERED, ADJUDGED & DECREED that Plaintiff be permitted leave to file Plaintiff's First Amended Original Complaint.

SIGNED & ENTERED this 17d day of June, 2000.

HON. JANIS GRAHAM JACK
United States District Court,
Southern District of Texas,
Corpus Christi Division

5