AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE  7-17-2000 |
|---|---|

| NAME OF SERVER (PRINT)  Abel BeTancourT JR | TITLE  Civil processel |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 400 Washington St portisabel TK 78578

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-17-00
Date  12:05 Pm

Signature of Server

Address of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel (210) 546-1313
956

United States District Cou...
Southern District of Texas
FILED

JUL 26 2000

MICHAEL N. MILBY, CLERK

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 17 DAY OF July 19 2000

Eduardo Gonzalez
NOTARY PUBLIC

ORIGINAL

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

22

CutePDF — www.fsabc.com

AO 440 (Rev. 10/93) Summons in a Civil Acti

# United States District Court ORIGINAL

SOUTHERN ———— **DISTRICT OF** ——— TEXAS

VINICIO JARAMILLO

**SUMMONS IN A CIVIL CASE**

V.

BROADWAY SHRIMP & OYSTERS,
INCORPORATED, LEE KALISEK,
Individually and d/b/a KALISEK
TRAWLERS, and ZIMCO MARINE, INC.

CASE NUMBER:

CIVIL ACTION NO. C-00-005

ADMIRALTY / JURY DEMANDED

TO: (Name and address of defendant)

ZIMCO MARINE, INC.
By and through its registered agent:
Walter W. Zimmerman
400 Washington Street
Port Isabel, Texas 78578

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Ste. 1000
Corpus Christi, Texas 78475

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

July 13, 2000

DATE

(BY) DEPUTY CLERK