United States District Court
Southern District of Texas
FILED

AUG 1 7 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| vs. § | |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | ADMIRALTY/JURY DEMANDED |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS*, and ZIMCO MARINE, INC. § | |

### CERTIFICATE OF INTERESTED PERSONS

Zimco Marine, Inc. (hereinafter "Zimco"), hereby files this Certificate of Interested Persons pursuant to the Order for Conference and Disclosure of Interested Parties, and would list interested persons and entities as follows:

1. Vinicio Jaramillo
2. Broadway Shrimp & Oysters, Incorporated
3. Lee Kalisek, Individually and d/b/a Kalisek Trawlers
4. Zimco Marine, Inc.

Respectfully submitted

RATHWELL & NIZIALEK, P.C.

BY: _____
Lyle R. Rathwell
State Bar No: 16562500
Federal ID No: 11361
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:   (281) 296-8900
Telecopier:  (281) 296-6970

ATTORNEY IN CHARGE FOR ZIMCO MARINE, INC.