UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § § § § | CIVIL ACTION NO. C-00-005 |
| versus § § | ADMIRALTY / JURY DEMANDED |
| BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK, Individually and d/b/a KALISEK TRAWLERS, and ZIMCO MARINE, INC. § § § § § | United States District Court Southern District of Texas FILED AUG 1 8 2000 Michael N. Milby, Clerk |

## NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the August 17, 2000 "agreement of parties" (between all parties who have appeared and answered herein), has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of the Parties' agreement is attached hereto and identified as Exhibit "1."

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　R. BLAKE BRUNKENHOEFER, P.C.
　　　　　　　　　　　　　　　　　　　American Bank Plaza
　　　　　　　　　　　　　　　　　　　711 N. Carancahua, Suite 1000
　　　　　　　　　　　　　　　　　　　Corpus Christi, Texas 78475
　　　　　　　　　　　　　　　　　　　Tel:　(361) 888-6655
　　　　　　　　　　　　　　　　　　　Fax:　(361) 888-5855

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. Blake Brunkenhoefer
　　　　　　　　　　　　　　　　　　　State Bar No. 00783739
　　　　　　　　　　　　　　　　　　　Southern Dist. of Texas Bar No. 15559

1

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES," was served, in the manner indicated, upon

| | |
|---|---|
| Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **FAX (361) 552-4177** |
| Lyle R. Rathwell<br>RATHWELL & NIZIALEK, P.C.<br>1450 Lake Robbins Drive, Suite 300<br>The Woodlands, Texas 77380 | **C.M./R.R.R. #7099 3220 0008 1613 7231** |

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 18th day of August, 2000.

_____
R. Blake Brunkenhoefer

ClibPDF - www.fastio.com

# R. BLAKE BRUNKENHOEFER, P.C.

AMERICAN BANK PLAZA
10TH FLOOR, SUITE 1000
711 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78475
(361) 888-6655 • FAX (361) 888-5855
BRUNKLAW@AOL.COM

August 17, 2000

Lee Kalisek　　　　　　　　　　　　　　　　　　　VIA FAX (361) 552-0177
912 Broadway
Port Lavaca, Texas 77979

Lyle R. Rathwell　　　　　　　　　　　　　　　　　VIA FAX (281) 296-0970
RATHWELL & NIZIALEK, P.C.
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

RE: Civil Action No. C-00-005, *Vinicio Jaramillo vs. Broadway Shrimp & Oysters, Incorporated and Lee Kalisek, Individually and d/b/a Kalisek Trawlers*. In the United State District Court for the Southern District of Texas, Corpus Christi Division

Dear Messrs. Kalisek & Rathwell:

I believe we all need more time prior to the Designation of Experts and the Production of Expert Reports, especially as the relevant manufacturers have not yet been identified and added to this litigation. This said, if you agree to extend this designation deadline from August 18, 2000 to September 15, 2000, please sign in the spaces provided below and immediately return this letter via facsimile so that our agreement can be filed with the Court.

Thank you for your time and attention. Until next we meet or speak, I remain

　　　　　　　　　　　　　　　　　　　　　　　Yours truly,

　　　　　　　　　　　　　　　　　　　　　　　R. Blake Brunkenhoefer

RBH/jl

AGREED:　　　　　　　　　　　　　　　　　　　AGREED:

_/s/ Lee Kalisek_　　　　　　　　　　　　　　　　_____
Lee Kalisek　　　　　　　　　　　　　　　　　　Lyle Rathwell

**EXHIBIT 1**

Sent By: RATHWELL & NIZIALEK;    2812966970;    Aug-17-00 16:44;    Page 1/1
Aug 17 00 03:27p    Blake Brunkenhoefer    (512) 888-5855    p.2

Case 2:00-cv-00005    Document 29    Filed in TXSD on 08/18/2000    Page 4 of 4

# R. BLAKE BRUNKENHOEFER, P.C.

AMERICAN BANK PLAZA
10TH FLOOR, SUITE 1000
711 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78475
(361) 888-6655 • FAX (361) 888-5855
BRUNKLAW@AOL.COM

August 17, 2000

Lee Kalisek                                   **VIA FAX (361) 552-4177**
912 Broadway
Port Lavaca, Texas 77979

Lyle R. Rathwell                         **VIA FAX (281) 296-6970**
RATHWELL & NIZIALEK, P.C.
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

      RE:    Civil Action No. C-00-005; *Vinicio Jaramillo vs. Broadway Shrimp & Oysters, Incorporated and Lee Kalisek, Individually and d/b/a Kalisek Trawlers*; In the United State District Court for the Southern District of Texas, Corpus Christi Division

Dear Messrs. Kalisek & Rathwell:

      I believe we all need more time prior to the **Designation of Experts and the Production of Expert Reports**, especially as the relevant manufacturers have not yet been identified and added to this litigation. This said, if you agree to **extend this designation deadline from August 18, 2000 to September 15, 2000**, please sign in the spaces provided below and immediately return this letter via facsimile so that our agreement can be filed with the Court.

      Thank you for your time and attention. Until next we meet or speak, I remain

                                                                  Yours truly,

                                                                  R. Blake Brunkenhoefer

RBB/jt

AGREED:                                                AGREED:

_____      *Lyle R. Rathwell*
Lee Kalisek                                     Lyle Rathwell      *by permission WMB*