UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 3 2000
30. Michael N. Milby, Clerk of Court

Vinicio Jaramillo                          §

VS.                                        §   CIVIL ACTION NO. C-00-005

Broadway Shrimp & Oysters, Inc., et al.    §

ORDER STRIKING PLEADING (S)

The clerk has filed your "Certificate of Interested Persons"           ;
however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of Texas Bar Number LR11.3.A (4)

3. ___ Caption of the pleading is incomplete (LR10.1)

4.  x  No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: Pleading is not in compliance with Judge Janis Graham Jack's standing order (#4).

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 8-21-00

re: D.E. #28/dp

_____
JUDGE PRESIDING