UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 8 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| VINICIO JARAMILLO | § § § | |
| | § | CIVIL ACTION NO. C-00-005 |
| vs. | § § | |
| | § | |
| BROADWAY SHRIMP & OYSTERS, | § | ADMIRALTY/JURY DEMANDED |
| INCORPORATED, LEE KALISEK, | § | |
| *Individually and d/b/a KALISEK* | § | |
| *TRAWLERS,* and ZIMCO MARINE, INC. | § | |

## DEFENDANT ZIMCO MARINE, INC.'S
## REQUEST FOR HEARING

Defendant, Zimco Marine, Inc., ("Zimco"), filed an Unopposed Motion to Leave to File Third-Party Complaint and Unopposed Motion for Continuance. Zimco believes that an oral hearing would be helpful to the Court. Pursuant to Local Rule 6(F), Zimco asks the Court to set these motions for a hearing.

Respectfully submitted,

**RATHWELL & NIZIALEK, P.C.**

BY: _____ *by permission*
Lyle R. Rathwell                  David E. Cowen
State Bar No: 16562500
Federal ID No.: 11361
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:   (281) 296-8900
Telecopier:   (281) 296-6970

ATTORNEY IN CHARGE FOR
DEFENDANT, ZIMCO MARINE, INC.

OF COUNSEL

**RATHWELL & NIZIALEK, P.C.**

Daniel E. Pellar
State Bar No: 00792750
Federal ID No.: 18873
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:   (281) 296-8900
Telecopier:   (281) 296-6970

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via certified mail, return receipt requested on this 6th day of September 2000, properly addressed as follows:

| | |
|---|---|
| Mr. R. Blake Brunkenhoeffer, P.C. | Mr. Lee Kalisek |
| American Bank Plaza | 912 Broadway |
| 711 N. Carancahua, Suite 1000 | Port Lavaca, Texas 77979 |
| Corpus Christi, Texas 78475 | |

_____
Daniel E. Pellar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **VINICIO JARAMILLO** | § § § | |
| | § | **CIVIL ACTION NO. C-00-005** |
| **vs.** | § § | |
| **BROADWAY SHRIMP & OYSTERS,** | § | **ADMIRALTY/JURY DEMANDED** |
| **INCORPORATED, LEE KALISEK,** | § | |
| *Individually and d/b/a KALISEK* | § | |
| *TRAWLERS,* **and ZIMCO MARINE, INC.** | § | |

**ORDER GRANTING DEFENDANT ZIMCO MARINE, INC.'S
REQUEST FOR HEARING**

After consideration Defendant Zimco Marine, Inc.'s request for hearing, the Court

GRANTS Defendant Zimco Marine, Inc.'s request for hearing and sets Defendant's Motion

to Leave to File Third-Party Complaint and Unopposed Motion for Continuance for hearing on ____

day of _____, at ____ a.m./p.m.


SIGNED on _____, 2000.


_____
UNITED STATES DISTRICT JUDGE