# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 12 2000

MICHAEL N. MILBY, CLERK

Vinicio Jaramillo

**NOTICE**

V.

Broadway Shrimp & Oysters, Inc.

CASE NUMBER: C-00-5

| TYPE OF CASE: | _X_ CIVIL | ___ CRIMINAL |

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On     Tuesday, September 26, 2000          at          1:30 p.m.

## PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference
    Note: Client(s) are not required to appear

_X_ Motion Hearing
(Unopposed Mtn for Continuance)

___ Jury Selection and Trial

___ Show Cause Hearing

___ Re-Arraignment

___ Sentencing

___ Other:_____

___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                                September 12, 2000

cc:  Blake Brunkenhoefer
    Lee Kalisek (pro se) (c/m, rrr & reg. mail)
    Lyle R. Rathwell