UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| § | |
| versus § | ADMIRALTY / JURY DEMANDED |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS*, and ZIMCO MARINE, INC. § | |

United States District Court
Southern District of Texas
FILED

SEP 15 2000

MICHAEL N. MILBY, CLERK

## PLAINTIFF'S DESIGNATION OF EXPERTS & NOTICE OF SUBMISSION OF EXPERT REPORTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES VINICIO JARAMILLO, "Plaintiff" herein, and makes and files this his "Designation of Expert Witnesses & Notice of Submission of Expert Reports" pursuant to this Court's Scheduling Order, the Parties' Joint Discovery & Case Management Plan, and the Federal Rules of Civil Procedure.

### I.

Upon the trial of this cause, Plaintiff may or might call upon the following individuals to render such expert opinions as may fall within their education, training, and/or experience:

A. *MEDICAL:*

The following health care practitioners and health care providers may be called as expert witnesses upon the trial of this matter. Each may testify as to the diagnosis, treatment, prognosis, effects, and results regarding the injuries suffered by Plaintiff made the basis of this lawsuit. Additionally, each may testify as to the necessity and reasonableness of the expenses incurred as a

1

result of the injuries to Plaintiff, and the necessity and reasonableness of the treatment of such injuries resulting from the occurrence in question. All are available for deposition to fully set forth their opinions at a time and date mutually convenient to all parties. Such experts may, in their trial testimony, rely upon depositions, all exhibits or attachments thereto, and any and all other information obtained in discovery taken and/or received (i) before the discovery deadline, (ii) within 30 days of trial, and/or (iii) *after* such discovery deadline and/or 30 days before trial. If new information changes the opinion(s) of the expert, Plaintiff agrees to make the expert available to Defendant(s)/Third-Party Defendant(s), at a place and time mutually convenient to the parties, so that Defendant(s)/Third-Party Defendant(s) may re-depose the expert on the change(s) in his/her opinion(s).

To the extent such experts have provided written renditions of their opinions, conclusions, and the factual bases thereof, such have been produced in response to written discovery conducted in this cause and/or are provided herein.

(1)  Doctors, nurses, radiologists, staff, employees and
(2)  Custodian(s) of medical records, billing and/or x-rays for
ORTHOPAEDIC CLINIC
WILFORD HALL MEDICAL CENTER
2200 Bergquist Drive, Suite #1
Lackland AFB, Texas 78236-5300
210/292-5695

(3)  Doctors, nurses, radiologists, staff, employees and
(4)  Custodian(s) of medical records, billing and/or x-rays for
MEMORIAL MEDICAL CENTER
815 N. Virginia
Port Lavaca, Texas 77979
361/552-6713

(5)  Doctors, nurses, attendants, staff, employees and
(6)  Custodian(s) of medical records, billing and/or x-rays for
AIR LIFE UNIT #2, U.H.S.
P.O. Box 2376

2

    San Antonio, Texas 78298-2376
    201/344-9444

(7)  Doctors, nurses, radiologists, staff, employees and
(8)  Custodian(s) of medical records, billing and/or x-rays for
    CITIZENS MEDICAL CENTER
    2710 Hospital Drive
    Victoria, Texas 77901
    361/572-5010

(9)  Doctors, nurses, radiologists, staff, employees and
(10)  Custodian(s) of medical records, billing and/or x-rays for
    DETAR HOSPITAL
    c/o Account Services
    1802 N. E. Loop 410, Suite 400
    San Antonio, Texas 78217
    800/460-3708

(11)  DR. LUCI T. NGUYEN
(12)  Custodian of records, billing and/or x-rays
    P.O. Box 260126
    Dallas, Texas 75326-0126
    877/338-0505

(13)  Doctors, nurses, radiologists, staff, employees and
(14)  Custodian of records, billing and/or x-rays for
    59 MED WG LACKLAND AFB
    TX. (AETC) 59 MED WING/MSBBR
    2200 Bergquist Drive, Suite #1
    Lackland AFB, Texas 78236-5300
    210/292-5695

(15)  DR. JERRY FOLLOWWILL
(16)  Custodian of records, billing and/or x-rays for
    605 E. San Antonio
    Victoria, Texas 77901
    361/578-2911

(17)  Any and all experts designated by any party hereto, which are relevant to the diagnosis and/or treatment of the injuries and conditions made the basis of this lawsuit and which have not been otherwise identified, as well as all custodian(s) of records and/or billing for same.

(18)   Custodian(s) of records, billing and/or x-rays for each and every health care provider and/or treating physician who has provided medical goods or services to Plaintiff as a result of the incident in question, e.g., hospitals, emergency services, radiology services, pharmacies, etc., whether or not identified hereinabove.

**B.   *NON-MEDICAL:***

The following individuals may be called as expert witnesses upon the trial of this matter. Such experts may, in their trial testimony, rely upon depositions, all exhibits or attachments thereto, and any and all other information obtained in discovery taken and/or received (i) before the discovery deadline, (ii) within 30 days of trial, and/or (iii) *after* such discovery deadline and/or 30 days before trial.

To the extent such experts have provided written renditions of their opinions, conclusions, and the factual bases thereof, such have been produced in response to written discovery conducted in this cause and/or are provided herein.

(1)   R. Blake Brunkenhoefer
      R. BLAKE BRUNKENHOEFER, P.C.
      American Bank Plaza
      711 N. Carancahua, Ste. 816
      Corpus Christi, TX 78475
      (361) 888-6655
      * Attorney's fees, legal services, privilege and attorney work product for Plaintiff.

(2)   Lyle R. Rathwell
(3)   Daniel E. Pellar
      RATHWELL & NIZIALEK, P.C.
      1450 Lake Robbins Drive, Suite 300
      The Woodlands, Texas 77380
      (281) 296-8900
      * Attorney's fees, legal services, privilege and attorney work product for Defendant-ZIMCO

(4)   Lee Kalisek, Pro Se Defendant
      o/b/o BROADWAY SHRIMP &
      OYSTERS, INCORPORATED and

4

       o/b/o KALISEK TRAWLERS
       912 Broadway
       Port Lavaca, Texas 77979
       (361) 552-5434
       *     Attorney's fees, legal services, privilege and attorney work product for Defendants- KALISEK TRAWLERS & BROADWAY SHRIMP & OYSTERS

(5)   James C. Flanagan, P.E.
      1801 S. Staples Street
      Corpus Christi, Texas 78404
      (361) 883-2219
      *     Liability of Defendants. Mr. Flanagan is an engineer who will provide his opinions and conclusions concerning the liability of Defendants herein, including but not limited to liability issues arising from the design, manufacture, marketing, installation, maintenance, inspection, operation, repair, etc. of the cable and winch implicated in this lawsuit.

## II.

Plaintiff reserves the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to this suit. Plaintiff expresses his intention to possibly call, as witnesses associated with adverse parties, any of Defendants' experts.

## III.

Plaintiff reserves the right to call undesignated, rebuttal, expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence against the Plaintiff and his case.

## IV.

Plaintiff reserves the right to withdraw the designation of any expert to aver positively that any such previously designated expert will not be called as a witness at trial, and to redesignate same as a consulting expert, who cannot be called by opposing counsel.

## V.

Plaintiff reserves the right to elicit any expert opinion or lay opinion testimony at the time

of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not be violative of any existing Court Order or the Texas Rules of Civil Procedure.

## VI.

With respect to persons identified in the course of discovery as "persons with knowledge of relevant facts" (i.e., whether so identified by Plaintiff or any other part(ies) herein), Plaintiff specifically reserves the right to elicit such "expert" testimony as may fall within these witnesses' education, training and/or experience, regardless of the fact that such witnesses are presently expected to testify regarding merely factual matters related to the incident in question and have not been formally retained by Plaintiff.

## VII.

Plaintiff hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to this suit at the time of trial. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and/or call any such party or any such experts previously designated by any party.

## VIII.

Plaintiff reserves the right to amend and/or supplement his Designation of Experts in the event he learns through discovery or otherwise that additional experts and/or witnesses who may potentially provide expert opinions and/or conclusions are necessary and/or available.

## IX.
## REPORTS SUBMITTED

With respect to the above-referenced experts, and in conformity with the Court's Scheduling Order and Fed. R. Civ. P. 26(a)(2)(B), the Plaintiff now submits the following reports to Defendant/Third-Party Defendant (without filing same with the Honorable District Court):

1.   JAMES C. FLANAGAN, P.E. re: liability

[NOTE: In the interest of efficiency, this report is identified as "submitted" at this time, though such has not actually been produced. It is known that this report will be needed and produced, but, pursuant to the agreement of the parties, not until a later date. See, *September 15, 2000 Rule 2(G) Notice of Agreement of Parties.*]

### X.

Plaintiff may need to designate, and produce reports from, a vocational expert and an economist, but he has not done so at this time as the necessity of same has not yet been established.

### XI.

In addition, Plaintiff incorporates by reference all factual findings and opinions, and any reports thereof, to the extent that such factual findings and/or opinions would form, in whole or in part, the testimony of any expert to which Fed. R. Civ. P. 26(a)(2)(B) does not apply (i.e., "non-retained" experts providing expert opinions).

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:   (361) 888-6655
Fax:   (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
Fed. I.D. No. 15559

7

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing PLAINTIFF'S DESIGNATION OF EXPERTS & NOTICE OF SUBMISSION OF EXPERT REPORTS was served, in the manner indicated, upon

| | |
|---|---|
| Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA FAX (361) 552-4177** |
| Lyle R. Rathwell<br>RATHWELL & NIZIALEK, P.C.<br>1450 Lake Robbins Drive, Suite 300<br>The Woodlands, Texas 77380 | **VIA CM/RRR #7099-3220-0008-1613-6548** |

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this the 15th day of September, 2000.

_____
R. Blake Brunkenhoefer