UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § § § § versus § § BROADWAY SHRIMP & OYSTERS, § INCORPORATED, LEE KALISEK, § *Individually and d/b/a KALISEK* § *TRAWLERS*, and ZIMCO MARINE, INC. § | CIVIL ACTION NO. C-00-005<br><br>ADMIRALTY / JURY DEMANDED<br><br>United States District Court<br>Southern District of Texas<br>FILED<br><br>SEP 15 2000<br><br>MICHAEL N. MILBY, CLERK |

## NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES"

TO THE HONORABLE DISTRICT COURT & ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE that the September 15, 2000 "agreement of parties" (between all parties who have appeared and answered herein), has been filed with this Honorable District Court and made of record in the above-referenced cause.

A true and correct copy of the Parties' agreement is attached hereto and identified as Exhibit "1."

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:  (361) 888-6655
Fax:  (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
Southern Dist. of Texas Bar No. 15559

1

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF FILING LOCAL RULE 2(G) "AGREEMENT OF PARTIES," was served, in the manner indicated, upon

| | |
|---|---|
| Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA FAX (361) 552-4177** |
| Lyle R. Rathwell<br>RATHWELL & NIZIALEK, P.C.<br>1450 Lake Robbins Drive, Suite 300<br>The Woodlands, Texas 77380 | **VIA FAX (281) 296-6970** |

in accordance with Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, on this the 15th day of September, 2000.

_____
R. Blake Brunkenhoefer

2

# R. BLAKE BRUNKENHOEFER, P.C.

AMERICAN BANK PLAZA
10TH FLOOR, SUITE 1000
711 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78475
(361) 888-6655 • FAX (361) 888-5855
BRUNKLAW@AOL.COM

September 15, 2000

Lyle R. Rathwell　　　　　　　　　　　　　　　　VIA FAX (281) 296-6970
RATHWELL & NIZIALEK, P.C.
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

   RE: Civil Action No. C-00-005; *Vinicio Jaramillo vs. Broadway Shrimp & Oysters, Incorporated, Lee Kalisek, Individually and d/b/a Kalisek Trawlers and Zimco Marine, Inc.*; In the United State District Court for the Southern District of Texas, Corpus Christi Division

Dear Lyle:

  This letter shall serve to confirm that, notwithstanding the fact that you and yours have designated experts and produced reports on or before today (i.e., the deadline for designation of experts and production of reports), you have graciously agreed to allow Plaintiff's designated expert(s) to produce his/their reports after today's deadline. In recognition of the fact that it would otherwise place Plaintiff's experts at an advantage, this letter shall further serve to confirm that, if you want to withdraw any of the reports produced in response to the current deadline for designation of experts, you will be allowed to do so and my discovery efforts will proceed as though no such reports ever existed or were produced. Thus, should the Court force us to trial on December 4, 2000, you and I will set another deadline for filing expert reports and it will be the reports filed in contemplation of this later deadline that will, for all purposes, be treated as the initial reports in this case.

  If I have properly stated our agreement, please sign in the space provided below and return this letter via fax. By copy of this letter, I am asking Mr. Kalisek to join in this agreement.

  Until next we meet or speak, I remain

Yours truly,

R. Blake Brunkenhoefer

**EXHIBIT 1**

RBB/jt

AGREED:

_____  _____
Lyle Rathwell                Lee Kalisek

cc: Lee Kalisek                    VIA FAX (361) 552-4177
    912 Broadway
    Port Lavaca, Texas 77979

RBB/jt

AGREED:

_____  _____
Lyle Rathwell                    Lee Kalisek

cc: Lee Kalisek
    912 Broadway
    Port Lavaca, Texas 77979

**VIA FAX (361) 552-4177**