IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
SEP 15 2000
MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| VINICIO JARAMILLO | § | |
| | § | |
| | § | CIVIL ACTION NO. C-00-005 |
| vs. | § | |
| | § | |
| BROADWAY SHRIMP & OYSTERS, | § | ADMIRALTY/JURY DEMANDED |
| INCORPORATED, LEE KALISEK, | § | |
| *Individually and d/b/a KALISEK* | § | |
| *TRAWLERS,* and ZIMCO MARINE, INC. | § | |

**DEFENDANT ZIMCO MARINE INC.'S INITIAL DISCLOSURES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant Zimco Marine, Inc., and pursuant to the requirements of Federal Rule of Civil Procedure 26(a), files this its Initial Disclosure and will show as follows:

**I.**

**WITNESSES WITH KNOWLEDGE OF RELEVANT FACTS**

Based solely on the information presently available, Defendant believes the following individuals are likely to have information bearing on the claims of Plaintiff and the defenses of this Defendant:

1. Plaintiff, Vinicio Jaramillo

2. All individuals and/or entities listed by Plaintiff in his Initial Disclosure, which have not been provided to Defendant at this time, or otherwise identified by Plaintiff or the other parties through discovery in this matter.

3. All individuals and/or entities listed by other parties through their Initial Disclosures, which have not been provided to Defendant at this time, or otherwise identified by the parties through discovery in this matter.

40.

4. The Crew of the F/V HEATHER on or about May 27, 1999 the date of the accident at issue in this matter (unknown other than Plaintiff at this time).

5. The Crews of Co-Defendant, Lee Kalisek's other fishing vessels, or vessel's owned by the companies/entities he controls prior to, and at the time of the accident at issue in this matter (unknown at this time).

6. Defendant, Lee Kalisek, and his employees

7. Defendant, Broadway Shrimp & Oyster Incorporated and its employees

8. Defendant, Kalisek Trawlers, and its employees

9. Broadway Trawlers, Inc., and its employees

10. Zimco Marine, Inc.
    400 Washington Street
    Port Isabel, Texas 78578
    Telephone (956) 943-2672

    Including, but not limited to, the following employees who may have knowledge regarding the cable at issue, and Zimco's operations:

    Cole Sylvester
    Jerry Schmidt
    Harley Londrie

    Zimco may be contacted through counsel of record.

11. Medical care providers for Plaintiff
    (Unknown at this time)

12. Edward Torres
    (Whereabouts unknown at this time)

    Mr. Torres may have knowledge of relevant facts which are not known at this time.

13. Chris Kalisek
    912 Broadway
    Port Lavaca, Texas 77979
    Telephone (Unknown at this time)

2

      Mr. Kalisek may have knowledge regarding the operations of the F/V HEATHER, her maintenance and other relevant knowledge which is not known at this time.

14.    James H. Yeager, Jr., Ph.D.
        Yeager Economics, Inc.
        1355 Four Houston Center
        1331 Lamar Street
        Houston, Texas 77010
        Tele:  (713) 651-9300
        Fax:   (713) 651-9339

      Mr. Yeager will offer expert testimony in this matter, but has not issued a report at this time.

15.    Viola G. Lopez, L.P.C., C.R.C.
        4606 Morningside Drive
        Houston, Texas 77005
        Tele:  (713) 526-7215
        Fax:   (713) 526-0067

      Ms. Lopez will offer expert testimony in this matter, but has not issued a report at this time.

16.    Donald L. Pellow, P.E.
        Pellow Engineering Services, Inc.
        11200 Juniper Drive
        Leawood, KS 66211-1755
        Tele:  (913) 451-8993
        Fax:   (913) 451-8993

      Mr. Pellow will offer expert testimony in this matter consistent with his preliminary report issued at this time, subject to his right to supplement or revise this report and his findings.

ClibPDF - www.fastio.com

17.  Richard L. Frenzel
     Independent Maritime Consulting (Gulf) Ltd.
     1560 West Bay Area Boulevard, Ste. 270
     Friendswood, Texas 77546
     Tele:   (281) 480-4260
     Fax:    (281) 480-4400

   Mr. Frenzel may offer expert testimony in this matter consistent with his preliminary report issued at this time, subject to his right to supplement or revise this report and his findings

   Defendant will supplement pursuant to the Rules.

## II.

## DOCUMENTS AND RECORDS WHICH MAY BE RELEVANT

Please see the attached documents responsive to this request.

Defendant will supplement pursuant to the Rules.

## III.

## CALCULATION OF DAMAGES

Defendant does know of any damages applicable to its response at this time and is not seeking affirmative damages at this juncture. Defendant will supplement pursuant to the Rules, if necessary.

4

## IV.

## INSURANCE AGREEMENTS

Defendant believes it is sufficiently insured for this claim, and will make all relevant insurance policies available for copying and inspection at the offices of the undersigned during normal business hours, and on reasonable notice.

Respectfully submitted,

RATHWELL & NIZIALEK, P.C.

BY: _____
Lyle R. Rathwell
State Bar No: 16562500
Federal ID No.: 11361
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:    (281) 296-8900
Telecopier:    (281) 296-6970

**ATTORNEY IN CHARGE FOR DEFENDANT/ THIRD-PARTY PLAINTIFF ZIMCO MARINE, INC.**

5

OF COUNSEL

RATHWELL & NIZIALEK, P.C.

Daniel E. Pellar
State Bar No: 00792750
Federal ID No: 18873
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, TX 77380
Telephone:    (281) 296-8900
Telecopier:   (281) 296-6970

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via certified mail, return receipt requested and/or regular mail on September 14, 2000 and properly addressed as follows:

| | |
|---|---|
| Mr. R. Blake Brunkenhoeffer, P.C.<br>American Bank Plaza<br>711 N. Carancahua, Suite 1000<br>Corpus Christi, Texas 78475 | Mr. Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 |

_____
Daniel E. Pellar

# DOCUMENTS RELEVANT TO SECTION II

```
                  *** INVOICE ****                              PAGE:    1


     ZIMCO MARINE, INC. - PALACIOS         TRANS. NUMBER: 0004703
     ZIMCO MARINE, INC. (PALACIOS)           TRANS. DATE: 05/01/99
     204 B HENDERSON
     PALACIOS, TX 77465-3948

      (361) 972-6292                       SALESPERSON:
                                           CUSTOMER NO:  R742441

     SOLD TO:                           SHIP TO:
     BROADWAY TRAWLER                   BROADWAY TRAWLER
     BROADWAY SHRIMP & OYSTER           BROADWAY SHRIMP & OYSTER
     912 BROADWAY BOX 41                               41
     PORT LAVACA         TX 77979       PORT LAVACA         TX 77979

-----------------------------------------------------------------------------
CUSTOMER P.O.     SHIP VIA        QUOTE NO.
                                  0002052
-----------------------------------------------------------------------------
 ITEM NO.          UNIT  QUANTITY      WAREHOUSE      PRICE         AMOUNT
-----------------------------------------------------------------------------

 02-593-0005       FOOT   4800.00        003           .2275        1,092.00
    CABLE 5/16 6X7 COL
 04-010-0266       FEET     38.00        003          1.8500           70.30
    CHAIN TD 3/8 (200')
 18-841-3012       FEET    600.00        003           .1371           82.26
    ROPE POLY PRO 3/4 TUBBS
 04-758-5104       EACH     24.00        003           .5000           12.00
    SHACKLE IMP 1/4
 04-758-5107       EACH    100.00        003           .8000           80.00
    SHACKLE IMP 7/16
 04-243-6008       EACH     15.00        003         10.5984          158.98
    SWIVEL E & E DOM 1/2
 04-243-1005       EACH     46.00        003           .3744           17.22
    CLIP WIRE ROPE 5/16
 04-243-7105       EACH     20.00        003           .6120           12.24
    THIMBLE HD DOM 5/16
 18-758-GNT-12     LBS       9.00        003          9.0160           81.14
    TWINE GREEN NYLON NET #12
 18-758-GNT-36     LBS       9.00        003          7.5600           68.04
    TWINE GREEN NYLON NET #36
 23-609-9674       GAL      12.00        003          8.4500          101.40
    CLEANER HOT CLEAN GALLON
      PAYMENT:              PERSONAL CHECK                          1,783.95
         CHECK NUMBER:   2651 KALISEK
                                                 NET TRANS:         1,775.58
                                              LESS DISCOUNT:              .00
                                                   FREIGHT:               .00
                                                 SALES TAX:             8.37
                                                                -------------
                                               TRANS. TOTAL:        1,783.95
                                               LESS DEPOSIT:              .00
 _____                                -------------
 RECEIVED BY                                   TRANS. BALANCE:      1,783.95
```

WIRE ROPE • FIBER ROPE • WIRE ROPE FITTINGS AND FABRICATED ASSEMBLIES

## DIVISION OF PAULSEN WIRE ROPE CORP.

FED. ID # 13-8309515

**INVOICE**

| ORDER NO | S/B | | |
|---|---|---|---|
| 01365 | 84961 | | |

ORDER NO: 1093
ORDER DATE: 12/13/96
CUST NO: 2053
SL
LOCAL: EX
COUNTY: 
SALESMAN NUMBER: 42

SOLD TO:
ZIMCO MARINE INC
400 WASHINGTON
PO DRAWER AE
PORT ISABEL, TX. 78578

SHIP TO:
ZIMCO MARINE INC
400 WASHINGTON
PO DRAWER AE
PORT ISABEL, TX. 78578

SHIPPED VIA: RUEL SMITH
DATE SHIPPED: 9/15/97
FOB S/P
PPD/COLL: X / X
INVOICE DATE: 9/15/97
SHIPPING WGT: 38,120
DEST CODE: 00047
WHSE: 053
PART: 2-053-0080
COMP: PG 1
INVOICE NUMBER: 18256 254

TERMS: 5 DAYS-NET 30 DAYS

| QUANTITY ORDERED | SHIPPED | UNITS | PKG | DESCRIPTION | LIST PRICE | DISCOUNT % | PER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 10000. FT | RL | 5/16 6X7 GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 18.700 | | CFT | 1,870.00 |
| 1 | 1 | 10000. FT | RL | 3/8 6X7 GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 24.200 | | CFT | 2,420.00 |
| 1 | 1 | 6000. FT | RL | 1/2 6X7 GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 44.000 | | CFT | 10,560.00 |
| 4 | 4 | 7200. FT | RL | 9/16 6X26WS GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 54.600 | | CFT | 11,793.60 |
| 3 | 3 | 7200. FT | RL | 5/8 6X26WS GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 81.200 | | CFT | 11,692.80 |
| 2 | 2 | 3600. FT | RL | 3/4 6X26WS GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 118.100 | | CFT | 4,251.60 |
| 1 | 1 | 7200. FT | RL | 7/16 6X7 GALV TRAWL CABLE FC RRL MADE IN COLOMBIA, SA | 34.100 | | CFT | 2,455.20 |

MADE IN COLOMBIA

NOTES: WE KNOW THAT YOU HAVE CHOICES...THANKS FOR CHOOSING NATIONAL ROPES.

**SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION AND SPECIAL TERMS OF SALE**

THE MATERIAL BEING SHIPPED HAS BEEN LABELED IN ACCORDANCE WITH THE WIRE ROPE TECHNICAL BOARD WARNING LABEL PROGRAM. WE STRONGLY RECOMMEND THAT YOU FOLLOW THAT WARNING PROGRAM AND ADHERE TO THE WIRE ROPE TECHNICAL BOARD RECOMMENDED PRACTICES FOR APPLICATION OF WARNING LABELS TO YOUR SHIPMENTS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR PAULSEN REPRESENTATIVE OR THIS OFFICE.

| MDSE. TOTAL | SALES TAX | SHIPPING CHARGES | TOTAL AMOUNT |
|---|---|---|---|
| 45,043.20 | | | 45,043.20 |

PLEASE REMIT DIRECTLY FROM INVOICE TO: P.O. BOX 8500 (S-6305)
PHILADELPHIA, PA. 19178-6305

**ORIGINAL INVOICE**

DISCOUNT OF 450.43 IS ALLOWED IF PAID BY 9/30/97