United States District Court
Southern District of Texas
FILED

SEP 15 2000

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| vs. § | |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | ADMIRALTY/JURY DEMANDED |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS,* and ZIMCO MARINE, INC. § | |

**DEFENDANT, ZIMCO MARINE, INC.'S
DESIGNATION OF EXPERTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    COMES NOW, Defendant Zimco Marine, Inc. ("Zimco"), and files this its Designation of Experts.

    This Designation of Experts has been served on all known counsel of record on this 14th day of September, 2000.

Respectfully submitted,

**RATHWELL & NIZIALEK, P.C.**

BY: _____
Lyle R. RATHWELL
State Bar No: 16562500
Federal ID No.: 11361
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:    (281) 296-8900
Telecopier:   (281) 296-6970

**ATTORNEY IN CHARGE FOR
DEFENDANT, ZIMCO MARINE, INC.**

G:\109\037\expert designation.wpd

41.

OF COUNSEL

**RATHWELL & NIZIALEK, P.C.**

Daniel E. Pellar
State Bar No: 00792750
Federal ID No.: 18873
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone:     (281) 296-8900
Telecopier:    (281) 296-6970

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via certified mail, return receipt requested on this 14th day of September 2000, properly addressed as follows:

Mr. R. Blake Brunkenhoeffer, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475

Mr. Lee Kalisek
912 Broadway
Port Lavaca, Texas 77979

_____
Daniel E. Pellar

## DESIGNATION OF EXPERT WITNESSES

The following persons may be called to testify as experts in this matter:

1. James H. Yeager, Jr., Ph.D.
   Yeager Economics, Inc.
   1355 Four Houston Center
   1331 Lamar Street
   Houston, Texas 77010
   Tele: (713) 651-9300
   Fax: (713) 651-9339

   Mr. Yeager reserves the right to offer his opinions based on the investigations and findings involving this matter, after competition of discovery, testimony of Plaintiff, the vessel crew, Plaintiff's employers, manufacturers representatives, distributer's representatives and other relevant witnesses, and other sound evidence.

2. Viola G. Lopez, L.P.C., C.R.C.
   4606 Morningside Drive
   Houston, Texas 77005
   Tele: (713) 526-7215
   Fax: (713) 526-0067

   Ms. Lopez reserves the right to offer her opinions based on the investigations and findings involving this matter, after competition of discovery, testimony of Plaintiff, the vessel crew, Plaintiff's employers, manufacturers representatives, distributer's representatives and other relevant witnesses, and other sound evidence.

3. Donald L. Pellow, P.E.
   Pellow Engineering Services, Inc.
   11200 Juniper Drive
   Leawood, KS 66211-1755
   Tele: (913) 451-8993
   Fax: (913) 451-8993

   Mr. Pellow will offer testimony which will include, but is not limited to, the physical characteristics, quality and merchant ability of the wire rope at issue in the above-referenced matter. Mr. Pellow may offer expert testimony regarding the reasonable use and inspection requirements for wire rope products in general, and for the facts of this case, Mr. Pellow may offer testimony concerning the actual cause and comparative fault, if any for this accident and other opinions consisted with his report.

Mr. Pellow reserves the right to supplement or revise his opinions based on the investigations and findings involving the actual wire rope, which is still in question; competition of discovery, including testimony of Plaintiff, the vessel crew, Plaintiff's employers, manufacturers representatives, distributer's representatives and other relevant witnesses, and other sound evidence.

4. Richard L. Frenzel
   Independent Maritime Consulting (Gulf) Ltd.
   1560 West Bay Area Boulevard, Ste. 270
   Friendswood, Texas 77546
   Tele:   (281) 480-4260
   Fax:    (281) 480-4400

   Mr. Frenzel will offer testimony concerning proper vessel and equipment operation in general, as well as the vessel and her equipment at issue, responsibility of captain, crew and owner of the vessel at issue as well as other opinions consistent with those expressed in his report and subject to his right to supplement or revise his report based on the investigations and findings involving the actual wire rope, which is still in question; competition of discovery, including testimonies of Plaintiff, vessel crew, Plaintiff's employers, manufacturers representatives, distributer's representatives and other relevant witnesses, and other sound evidence.

# EXHIBITS NOT IMAGED

ClibPDF - www.fastio.com