# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Myra Orta Alfano |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Chris Jenkins |
| **U.S.C.S.O.:** | ADRIAN PEREZ |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas

SEP 2 6 2000

MICHAEL N. MILBY
CLERK

45

| | | | |
|---|---|---|---|
| **DATE:** September 26, 2000 | **OPEN:** 1:40 pm | **ADJOURN:** 2:37 pm |
| **TAPE:** #1, 2 | | |

**CIVIL ACTION NUMBER:** C-00-5

Vinicio Jaramillo                                    **COUNSEL:** Blake Brunkenhoefer

VS.

Broadway Shrimp & Oysters, Inc.            **COUNSEL:** Pro Se
Zimco Marine, Inc.                                              Lyle R. Rathwell
Lee Kalisek, d/b/a Kalisek Trawlers                     Pro Se

---

(✓) **Motion Hearing:**

Case called. Appearances are made. Discussion of defts' mtn for continuance from the trial docket of Dec. 2000. Pltf orally mtns for a dismissal, with prejudice, in order to bring in additional parties. Arguments are heard. Court denies the pltf's mtn for leave to file second amended complaint. Court enters an order to allow the court and parties to serve the pro se defendant by fax. Deft Kalisek's fax number is 361/552-4177. Court orders pro se deft to produce receipt to parties, by 5pm on Friday, Sept 29, 2000. Along with maintenance records, captain & crew's names and addresses. Court denies the mtn for continuance and oral mtn to dismiss.

Adjourn