IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 29 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| VINICIO JARAMILLO, | § | |
| Plaintiff, | § | |
| | § | 47. |
| vs. | § | |
| | § | CIVIL ACTION NO. C-00-005 |
| BROADWAY SHRIMP & OYSTERS, | § | |
| INCORPORATED, LEE KALISEK, | § | |
| INDIVIDUALLY AND D/B/A KALISEK | § | |
| TRAWLERS, | § | |
| Defendants. | § | |

## ORDER REGARDING DISCOVERY AND OTHER MATTERS

On this date the parties appeared through their counsel and, in the case of Mr. Lee Kalisek, *pro se*. At the hearing, the Court determined that certain orders are necessary for the efficient conduct of this case.

It is ORDERED that all motions, orders, pleadings, and other documents in this case may be served upon Mr. Lee Kalisek via fax at (361)552-4177. Service upon Mr. Lee Kalisek shall constitute service upon Broadway Shrimp & Oysters, Incorporated and Kalisek Trawlers. If at some point Mr. Kalisek, Broadway Shrimp & Oysters, or Kalisek Trawlers obtain counsel to represent them in this action, then service shall be forwarded to that counsel according to the Federal Rules of Civil Procedure and any applicable local rules.

Mr. Kalisek is ORDERED to provide the following information to Lyle R. Rathwell, Esq.:

1. For each vessel owned, leased, or operated by Mr. Kalisek, Kalisek Trawlers, Broadway Shrimp & Oysters, Inc., or Broadway Trawlers, Inc., the name of each captain and all crew members who worked on the vessel during the period May 1, 1999 through November 30, 1999.

2. For each vessel owned, leased, or operated by Mr. Kalisek, Kalisek Trawlers, Broadway Shrimp & Oysters, Inc., or Broadway Trawlers, Inc., all receipts, invoices, or other records regarding any repairs or maintenance performed on the vessel during the period May 1, 1999 through November 30, 1999.

3. For each vessel owned, leased, or operated by Mr. Kalisek, Kalisek Trawlers, Broadway Shrimp & Oysters, Inc., or Broadway Trawlers, Inc., all receipts, invoices, or other records regarding any cable installed on, replaced, or removed from the vessel during the period May 1, 1999 through November 30, 1999, and any cable purchased during that period.

2

4. The names, addresses, and telephone numbers of any persons who removed, or who may have removed, any cable from the vessel "The Heather" during the period May 1, 1999 through November 30, 1999.

5. The names, addresses, and telephone numbers of any persons with which Mr. Kalisek, or any person working with or for Mr. Kalisek, dealt at "Port Marine" regarding the purchase of cable during the period May 1, 1999 through November 30, 1999.

6. The names, addresses, and telephone numbers of every person who removed cable (whether new, used, or scrap) or who purchased or took away such cable, from Mr. Kalisek, Kalisek Trawlers, Broadway Shrimp & Oysters, Inc., or Broadway Trawlers, Inc., during the period from May 1, 1999 through February 1, 2000.

Mr. Kalisek is ORDERED to send all of the information, by mail, to Mr. Rathwell no later than 5:00 p.m. Friday, September 29, 2000, to the following address:

```
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
```

3

Mr. Kalisek is also ORDERED to provide copies of all of the information described above to R. Blake Brunkenhoefer, Esq.

Signed this 29th day of September 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE