United States District Court
Southern District of Texas
FILED

OCT 16 2000

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § § § versus § § BROADWAY SHRIMP & OYSTERS, § INCORPORATED, LEE KALISEK, § *Individually and d/b/a KALISEK* § *TRAWLERS*, and ZIMCO MARINE, INC. § | CIVIL ACTION NO. C-00-005  ADMIRALTY / JURY DEMANDED |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VINICIO JARAMILLO ("Plaintiff") and would show the Court that all matters at issue and in controversy as between Plaintiff and Defendant-ZIMCO MARINE, INC. have been compromised and settled by agreement, under the terms of which agreement, among other things, Plaintiff's claims against Defendant-ZIMCO MARINE, INC. will be dismissed with prejudice to Plaintiff's right to re-file same, and all costs are to be borne by the Party incurring same.

I.

Lee Kalisek, Individually and on behalf of Defendants-BROADWAY SHRIMP & OYSTERS, INCORPORATED and -KALISEK TRAWLERS, as well as counsel for Defendant-ZIMCO MARINE, INC., have indicated that they are "unopposed" to the instant motion.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that his cause of action against Defendant-ZIMCO MARINE, INC. be dismissed in accordance with the agreement of Plaintiff and

1

Defendant-ZIMCO MARINE, INC. and that all costs be borne by the Party incurring same.

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel: (361) 888-6655
Fax: (361) 888-5855

_____
R. Blake Brunkenhoefer
State Bar No. 00783739
So. Dist. of Texas Bar I.D. #15559

2

## CERTIFICATE OF SERVICE

I, R. Blake Brunkenhoefer, do hereby certify that a true and correct copy of the foregoing *Unopposed Motion to Dismiss With Prejudice* was duly served, in the form and manner indicated below, upon

| | |
|---|---|
| Lee Kalisek<br>912 Broadway<br>Port Lavaca, Texas 77979 | **VIA FAX (361) 552-4177** |
| Lyle R. Rathwell<br>Daniel E. Pellar<br>RATHWELL & NIZIALEK, P.C.<br>1450 Lake Robbins Drive, Suite 300<br>The Woodlands, Texas 77380 | **C.M./R.R.R. #7099 3220 0008 1613 7460<br>& FACSIMILE (281) 296-6970** |

in accordance with all applicable provisions of the Federal Rules of Civil Procedure, on this the 16th day of October, 2000.

                                              _____
                                              R. Blake Brunkenhoefer

3

ClibPDF - www.fastio.com

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| CORPUS CHRISTI DIVISION | |

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| § | |
| *versus* § | ADMIRALTY / JURY DEMANDED |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS*, and ZIMCO MARINE, INC. § | |

## ORDER OF THE COURT

BE IT REMEMBERED that on the _____ day of _____, 2000, Plaintiff, VINICIO JARAMILLO, appeared by and through his attorney-in-charge and announced to the Court that Plaintiff and Defendant-ZIMCO MARINE, INC. have arrived at a settlement of the controversies existing between them in this cause under the terms of which settlement Plaintiff's claims against Defendant-ZIMCO MARINE, INC. should be dismissed with prejudice to the re-filing of same, with costs of court taxed against the Party incurring same. The Court, after considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice, is of the opinion that such Motion is well made and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendant-ZIMCO MARINE, INC. in the above-styled and -numbered cause of action be dismissed with prejudice to the re-filing of same, and all costs incurred in connection therewith are to be borne by the Party incurring same.

SIGNED & ENTERED this _____ day of _____, 2000.

                                                _____
HON. JANIS GRAHAM JACK
United States District Court,
Southern District of Texas,
Corpus Christi Division