United States District Court
Southern District of Texas
FILED

OCT 16 2000

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO | CIVIL ACTION NO. C-00-005 |
| versus | ADMIRALTY / JURY DEMANDED |
| BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK, *Individually and d/b/a KALISEK TRAWLERS*, and ZIMCO MARINE, INC. | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME VINICIO JARAMILLO ("Plaintiff") and BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK, *Individually and d/b/a KALISEK TRAWLERS* ("Defendants-KALISEK"), and file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

1. On January 4, 2000, Plaintiff sued Defendants-KALISEK.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who have appeared and answered herein, agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an Order of the Court for dismissal of this case.

6. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

1

7.  This dismissal is without prejudice.

8.  All costs incurred in connection with this cause are to be borne by the Party incurring same.

Respectfully submitted,

| | |
|---|---|
| R. BLAKE BRUNKENHOEFER, P.C. | BROADWAY SHRIMP & OYSTERS |
| American Bank Plaza | and KALISEK TRAWLERS |
| 711 N. Carancahua, Suite 1000 | 912 Broadway |
| Corpus Christi, Texas 78475 | Port Lavaca, Texas 77979 |
| Tel:  (361) 888-6655 | Tel:  (361) 552-5434 |
| Fax:  (361) 888-5855 | Fax:  (361) 552-4177 |

_____

R. Blake Brunkenhoefer
Texas State Bar No. 00783739
So. Dist. of Texas Bar No. 15559
*for Plaintiff-JARAMILLO*

_____

Lee Kalisek, *pro se, for Defendants-KALISEK*

2

7. This dismissal is without prejudice.

8. All costs incurred in connection with this cause are to be borne by the Party incurring same.

Respectfully submitted,

R. BLAKE BRUNKENHOEFER, P.C.
American Bank Plaza
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475
Tel:  (361) 888-6655
Fax:  (361) 888-5855

_____
R. Blake Brunkenhoefer
Texas State Bar No. 00783739
So. Dist. of Texas Bar No. 15559
*for Plaintiff-JARAMILLO*

BROADWAY SHRIMP & OYSTERS
and KALISEK TRAWLERS
912 Broadway
Port Lavaca, Texas 77979
Tel:  (361) 552-5434
Fax:  (361) 552-4177

_____
Lee Kalisek, *pro se, for Defendants-*
*KALISEK*

2

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
| CORPUS CHRISTI DIVISION | | |

| | | |
|---|---|---|
| **VINICIO JARAMILLO** | § § § | |
| | § | **CIVIL ACTION NO. C-00-005** |
| *versus* | § § | **ADMIRALTY / JURY DEMANDED** |
| **BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK,** *Individually and d/b/a KALISEK TRAWLERS*, **and ZIMCO MARINE, INC.** | § § § § | |

## ORDER OF THE COURT

ON THE _____ day of _____, 2000, came on for consideration the Parties' Stipulation of Dismissal. Having considered the Stipulation, the Court GRANTS the Stipulation and dismisses the case without prejudice. All costs incurred in connection with this cause are to be borne by the Party incurring same.

SIGNED & ENTERED this _____ day of _____, 2000.

 

HON. JANIS GRAHAM JACK
United States District Court,
Southern District of Texas,
Corpus Christi Division

APPROVED AS TO FORM & CONTENT,
AND ENTRY REQUESTED BY:

_____
R. Blake Brunkenhoefer *for Plaintiff-*
*VINICIO JARAMILLO*

3

*Lee Kalisek*

Lee Kalisek, *for Defendants-BROADWAY SHRIMP & OYSTERS, INCORPORATED, LEE KALISEK, Individually and d/b/a KALISEK TRAWLERS*

4