UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VINICIO JARAMILLO § | |
| § | |
| § | CIVIL ACTION NO. C-00-005 |
| § | |
| *versus* § | ADMIRALTY / JURY DEMANDED |
| § | |
| BROADWAY SHRIMP & OYSTERS, § | |
| INCORPORATED, LEE KALISEK, § | |
| *Individually and d/b/a KALISEK* § | |
| *TRAWLERS*, and ZIMCO MARINE, INC. § | |

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2000

Michael N. Milby, Clerk of Court

## ORDER OF THE COURT

BE IT REMEMBERED that on the 19th day of October, 2000, Plaintiff, VINICIO JARAMILLO, appeared by and through his attorney-in-charge and announced to the Court that Plaintiff and Defendant-ZIMCO MARINE, INC. have arrived at a settlement of the controversies existing between them in this cause under the terms of which settlement Plaintiff's claims against Defendant-ZIMCO MARINE, INC. should be dismissed with prejudice to the re-filing of same, with costs of court taxed against the Party incurring same. The Court, after considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice, is of the opinion that such Motion is well made and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendant-ZIMCO MARINE, INC. in the above-styled and -numbered cause of action be dismissed with prejudice to the re-filing of same, and all costs incurred in connection therewith are to be borne by the Party incurring same.

4

SIGNED & ENTERED this 19th day of October, 2000.

*[signature]*
HON. JANIS GRAHAM JACK
United States District Court,
Southern District of Texas,
Corpus Christi Division

5